```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 23761
    LARNITA R SMITH
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8126

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/23/2004 and was confirmed 09/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED            4215.00       610.70       2003.46
AMERICREDIT FINANCIAL SE  UNSECURED          2537.17          .00           .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED        .00           .00
COTTONWOOD FINANCIAL LTD  UNSECURED         NOT FILED        .00           .00
EXECUTIVE FINANCIAL CO    UNSECURED         NOT FILED        .00           .00
FIFTH THIRD MORTGAGE CO   UNSECURED         NOT FILED        .00           .00
HARVARD COLLECTION SERVI  UNSECURED         NOT FILED        .00           .00
LINEBARGER GOGGAN BLAIR   UNSECURED         NOT FILED        .00           .00
MEDICAL RECOVERY SPECIAL  UNSECURED         NOT FILED        .00           .00
PATRICK CONNOR MD         UNSECURED         NOT FILED        .00           .00
TRI COUNTY ACCOUNTS       UNSECURED         NOT FILED        .00           .00
VILLAGE OF FOREST PARK    UNSECURED         NOT FILED        .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        5.20          .00          5.20
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,550.00                    2,246.55
TOM VAUGHN                TRUSTEE                                         284.09
DEBTOR REFUND             REFUND                                             .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  5,150.00

PRIORITY                                           5.20
SECURED                                        2,003.46
    INTEREST                                     610.70
UNSECURED                                           .00
ADMINISTRATIVE                                 2,246.55
TRUSTEE COMPENSATION                             284.09
DEBTOR REFUND                                       .00
                       -------------       -------------
TOTALS                   5,150.00              5,150.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 23761 LARNITA R SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 23761 LARNITA R SMITH